THOMAS E. SWANSON, *et al.*, MEMBERS BROWARD COUNTY PORT AUTHORITY v. FLORIDA LAND HOLDING CORP.
(No. 2.)

150 So. 637.
Division A.
Opinion Filed October 27, 1933.

*McCune, Hiaasen & Fleming,* for Appellants;

*C. L. Chancey,* for Appellee.

PER CURIAM.—This is another appeal involving the same matters this day decided in the companion appeal in Swanson, *et al.,* v. Therrell, as Liquidator of Biscayne Trust Company. On the authority of the opinion filed in that

case the decree appealed from in this case must be affirmed for the same reasons stated in that opinion.

Affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL, BROWN and BUFORD, J. J., concur.